FID: 8396854

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | S1 10 CR 193-01(PAC) |
| LEOLINE PITTER | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States district or magistrate judge without unnecessary delay
*(name of person to be arrested)*   LEOLINE PITTER
who is accused of an offense or violation based on the following document filed with the court:

☐ Probation Violation Petition    ✓ Supervised Release Violation Petition

This offense is briefly described as follows:

ON OR ABOUT AUGUST 2, 2011 AND THEREAFTER, THE RELEASEE FAILED TO REPORT TO THE PROBATION OFFICE IN THE DISTRICT OF RELEASE WITHIN 72 HOURS FOLLOWING A SENTENCE OF TIME SERVED. SPECIAL CONDITION, GRADE C VIOLATION.

Date: April 4, 2014

*Issuing Judicial Officer's signature*

City and state:   New York, NY

Honorable Paul A. Crotty, Senior U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____      A CERTIFIED COPY
       RUBY J. KRAJICK, CLERK
       BY _____
       Deputy Clerk

*Arresting officer's signature*

*Printed name and title*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: Pitter, Leoline                                  Docket Number: S1 10 CR 193-01(PAC)

Sentencing Judge: Honorable Paul A. Crotty, Senior U.S. District Judge

Date of Original Sentence:   August 2, 2011

Original Offense:   Ct. 1: Conspiracy to Distribute Heroin (21 USC 846, 841(a)(1) and 841(b)(1)(A)). A Class A Felony.
Ct. 2: Maintaining a Stash House (21 USC 856). A Class C Felony.

Original Sentence:   Time Served (one (1) day) on both counts to be followed by concurrent three-year terms of supervised release and a $200 special assessment.

Type of Supervision:   Supervised Release     Date Supervision Commenced:   August 2, 2011

### PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

#### Nature of Noncompliance

1   ON OR ABOUT AUGUST 2, 2011 AND THEREAFTER, THE RELEASEE FAILED TO REPORT TO THE PROBATION OFFICE IN THE DISTRICT OF RELEASE WITHIN 72 HOURS FOLLOWING A SENTENCE OF TIME SERVED. SPECIAL CONDITION, GRADE C VIOLATION.

(rev. (VDP 12/06/07))

Case 1:14-mj-01131-SKG   Document 1   Filed 05/13/14   Page 3 of 4



Pitter, Leoline
S1 10 CR 193-01(PAC)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: _____
    Time: _____
    Place: _____

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Other

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
    Deputy Clerk

_____
Signature of Judicial Officer

4/21/2014
Date

Pitter, Leoline

2

57692 - Thomas A. Frankelis

U.S. Probation Officer Recommendation:

The term of supervision should be:

## REVOKED

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Thomas A. Frankelis
Sr. U.S. Probation Officer
(212) 805-5162

Approved By:

_____  4/15/14
Enid Febus                    Date
Supervising U.S. Probation Officer